# U.S. District Court
# Middle District of Florida

Case NO.

Khaled Abdel-Fattah v. Fatima Belal & Mohamed Delhoum

**COMPLAINT**

**FOR**

**LIBEL STATEMENTS, DEFRAUDING**

**AND BREACH OF AGREEMENT**

1- Plaintiff: Khaled Abdel-Fattah of 733 Turnpike St. #186 N. Andover, MA. 01845

2- Defendant 1: Fatima Belal of 3481 Forest Ridge Lane, Kissimmee, FL.34741

   Email address: belfa007@hotmail.com

3- Defendant 2: Mohamed Z. Delhoum 3481 Forest Ridge Lane, Kissimmee, FL.34741

   Email address: aleeaorganics@gmail.com

4- The U.S. District Court of Florida has the jurisdiction to try this compliant. The defendants, Fatima Belal and Mohamed Z. Delhoum both domicile in the state of Florida. They both took these actions from Florida.

**NOW COMES** the Plaintiff, Khaled Abdel-Fattah, to file a Complaint Vs. Fatima Belal and Mohamed Z. Delhoum for Libel Statements, Defrauding and Breach of Agreement.

A- On September 6, 2021, Fatima Belal submitted a Response in writing, to NH Supreme Court, with untruthful statements that are libel in nature. This response was prepared

and submitted by her son, Mohamed Z Delhoum. They claimed in the response the following:

1- *"He has cost me thousands of dollars over the last 8 years trying to steal my home, damaging my home."* These are false statements made by Fatima Belal and Mohamed Delhoum. They need to provide Genuine Material Facts to prove that these claims of me trying to steal her home and damaging her home are true. These claims are false and has affected me financially and emotionally. These false claims are recent and have been going on for over 8 years.

2- They also stated that, *"I have been convicted for fraud in the state of Massachusetts."* This is a false accusation by Fatima Belal and Mohamed Z. Delhoum. They need to provide a verdict that I was convicted of fraud in the state of Massachusetts. This is a clear libel false statement that Fatima Belal and Mohamed Delhoum are using to cause more financial damages. Due to their lies, I have lost over $400,000 dollars in the last 8 years. All of the loses are documented.

3- Fatima Belal defrauded me, Khaled Abdel-Fattah, of $456,000.00 (Four Hundred and FIFTY-SIX Thousand Dollars) as a result of her false statements. On September 21, 2012, Fatima Belal sent me an email that acknowledged the verbal agreement between us by sending me the email reminding me, *"THIS IS YOUR FIRST MONTH U OWN THE HOUSE".* This email is the proof of the verbal agreement that we had for me to take over the mortgage payments until I refinance the mortgage. After this email, I started making full mortgage payments for the house for 48 months since I was told clearly that I own the house as agreed upon in the verbal agreement. Then,

2

Fatima Belal with the aid of her son, Mohamed Z. Delhoum, submitted a fraudulent claim against me that resulted in the loss of the property. The email was sent to me by Fatima Belal from Florida. She defrauded me from Florida. Then, she filed her fraudulent claim while she lived/domiciled in Florida.

4- Accusing me of trying to steel her home for 8 years is false. Fatima Belal needs to submit all documents that prove I was trying to steel her house as she recently stated. I will submit Genuine material facts that proves that she defrauded me of over $428,000. This is also a breach of the agreement that made me pay $1,500 per month for 48 months plus utilities. I was only paying $500/month between the summer or 2010 and September 21, 2012, before her email. The $1,500 is equal to the mortgage payment due monthly at the time. I paid the extra amount for 48 months until July 3rd 2016. Her email proves the existence of the verbal agreement that we had. Otherwise, I wouldn't have taken it upon myself to pay $1,000 more per month with no prior agreement. Fatima Belal defrauded me of all these payments after she changed her story in 2017.

## **My Request to the Hon. US District Court of Middle District of Florida**

1- To request that Fatima Belal and her son, Mohamed Delhoum to prove their recent false claim that I have damaged her property with documents.

2- To request that Fatima Belal and her son, Mohamed Delhoum need to specify the exact date of the damages that they claim falsely.

3- To request that Fatima Belal and her son, Mohamed Delhoum to specifically state what are the damages that they falsely claim exited? If they fail to do so, then I, Khaled Abdel-Fattah should be compensated for this false statement. This claim is a false claim, made knowingly to gain financially from it in her response to the NH Supreme Court and to affect the outcome of the ruling.

4- To request that Fatima Belal and her son, Mohamed Delhoum to present a verdict to prove that I was convicted of Fraud in the state of Massachusetts as they claimed falsely and knowingly in their response to NH Supreme Court on September 6, 2021. If they fail to do so, then I, Khaled Abdel-Fattah should be compensated for this false statement.

5- If Fatima Belal and her son, Mohamed Delhoum fail to prove any of these false claims then I am intitled for damages that I have suffered in the last 8 plus years until present.

## **PRAYER FOR RELIEF AGAINST FATIMA BELAL:**

1- I Pray that the Hon. US District Court of Middle District of Florida to reward the amount of $388,000.00 me for the false Damage claim. To be paid by Fatima Belal.

2- I Pray that the Hon. US District Court of Middle District of Florida to reward the amount of $68,000.00 for 48 Months of Mortgage payments and utility payments from September 21, 2012 until July 3rd, 2016 after receiving the email from Fatima Belal that stated I owned the house from Fatima Belal. I was defrauded these entire payments. I pray that this amount to be paid by Fatima Belal.

3- I Pray that the Hon. US District Court of Middle District of Florida to reward me monetary damages in the sum of $75,000.00 to be paid by Fatima Belal for the false claim of me being convicted of Fraud in the state of Massachusetts.

4- I Pray that the Hon. US District Court of Middle District of Florida Grant me the total of the above, ($531,000.00) and additionally any other relief the Hon. Court may deem equitable and just for the Breach of Agreement and for the pain and suffering that resulted from her false claims, plus court interest for the last 9 years.

## PRAYER FOR RELIEF AGAINST MOHAMED Z. DELHOUM:

5- I Pray that the Hon. US District Court of Middle District of Florida to reward me $100,000.00 to be paid by Mohamed Delhoum for aiding Fatima Belal in bringing a false claim and abuse of court process against me and committing perjury under-oath.

6- I Pray that the Hon. US District Court of Middle District of Florida to reward me monetary damages in the sum of $75,000.00 to be paid by Mohamed Delhoum for the false claim of me being convicted of Fraud in the state of Massachusetts.

7- I Pray that the Hon. US District Court of Middle District of Florida Grant me the total of the above, ($175,000.00) and additionally any other relief the Hon. Court may deem equitable and just for the pain and suffering that resulted from him aiding in the above-mentioned false claims to paid by Mohamed Z. Delhoum.

**I hear by certify that I sent a copy to Ms. Fatima Belal and Mohamed Z. Delhoum, via email and registered mail via USPS, to their address listed below, on 11/29/2021 to Ms. Fatima Belal and Mohamed Z. Delhoum at 3481 Forest Ridge Lane, Kissimmee, FL. 34741**

**Kindly Submitted by:**

**Khaled Abdel-Fattah**
**733 Turnpike St. #186**
**N. Andover, MA. 01845**
**Date: 11/29/2021**

5